UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAWNYELL FLYNN,<br><br>　　　　　　　　　Plaintiff<br><br>　v.<br><br>CLARK COUNTY DETENTION CENTER,<br><br>　　　　　　　　　Defendant | Case No. 2:24-cv-00083-CDS-DJA<br><br>**ORDER** |

**I.　DISCUSSION**

On January 10, 2024, a complaint was filed on behalf of Plaintiff Dawnyell Flynn, and the $405 filing fee was paid by Priscilla Saint Al-Bowman. (ECF Nos. 1, 1-1). Priscilla Saint Al-Bowman is also listed as a person who assisted Plaintiff with preparing the complaint, and it appears that she filed the complaint on Plaintiff's behalf. (ECF No. 1 at 9). Plaintiff's signature is typed out on the last page of the complaint. (*Id.*).

Under Rule 11 of the Federal Rules of Civil Procedure, a plaintiff who is not represented by counsel is required to personally sign all her pleadings, including the complaint. Fed. R. Civ. P. 11(a). When an unrepresented Plaintiff fails to sign a pleading, the Court must strike it, "unless the omission is promptly corrected after being called to" her attention. This is necessary to ensure that the Plaintiff is aware of, and agrees with, everything that is filed in her case.

Because Plaintiff did not personally sign the complaint, the Court cannot consider it. The Court will send Plaintiff a courtesy copy of the complaint. If Plaintiff wishes to proceed with this complaint, she may sign on the last page of the document, declaring under penalty of perjury that the allegations are true, and resubmit the complaint to the Court.

Alternatively, if Plaintiff wishes to file an amended complaint, she may do so within 30 days. If Plaintiff does not wish to proceed with this case at all, she may file a notice to that effect within 30 days. If the Court does not receive a signed copy of the original

complaint, a signed amended complaint, or a notice requesting that this case be dismissed, by March 15, 2024, this case will be subject to dismissal without prejudice.

**II.     CONCLUSION**

For the foregoing reasons, it is ordered that the Clerk of the Court will send Plaintiff a courtesy copy of her complaint (ECF No. 1).

It is further ordered that on or before **March 15, 2024**, Plaintiff will either file: a signed copy of the original complaint, a signed amended complaint, or a notice stating that she does not wish to pursue this case.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, at a later date.

DATED this 14th day of February 2024.



_____
UNITED STATES MAGISTRATE JUDGE