**ANTHONY P. SGRO, ESQ.**
Nevada Bar No. 3811
**ELAINE ODEH, ESQ.**
Nevada Bar No. 14099
**SGRO & ROGER**
2901 El Camino Avenue, Suite 204
Las Vegas, Nevada 89102
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
*tsgro@sgroandroger.com*
*eodeh@sgroandroger.com*
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAWNYELL FLYNN,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>GATES, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:24-cv-00083-CDS-DJA<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY (FIRST REQUEST)** |

The parties hereto through their undersigned counsel hereby respectfully submit the following Stipulation to Extend Discovery Deadlines. This is the first request to extend discovery in this matter.

**I.　　DISCOVERY COMPLETED**

Counsel conferred via email for an FRCP 26(f) conference on March 17, 2025.

Plaintiff served initial disclosures pursuant to FRCP 26 on September 5, 2022.

Defendant has not yet served initial disclosures pursuant to FRCP 26.

Plaintiff served Interrogatories, Requests for Admission, and Requests for Production to Defendants Gates, Nash, and Castiglioni on March 12, 2025.

Plaintiff served Interrogatories, Requests for Admission, and Requests for Production to Defendants Bayawa, Hubbard-Pickett, and Najera on March 18, 2025.

Plaintiff served Interrogatories, Requests for Admission, and Requests for Production to Defendants Jefferson, Reubart, and Kinane-Wells on March 25, 2025.

## II. DISCOVERY THAT REMAINS TO BE COMPLETED

1. Written Discovery;

2. Expert disclosures;

3. Depositions of Parties;

4. Depositions of NDOC's FRCP 30(b)(6) witnesses;

5. Depositions of percipient witnesses;

6. Deposition of treating providers;

7. Expert depositions; and

8. Subpoenas to third parties for records and information.

## III. REASONS THE REMAINING DISCOVERY WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY PLAN

This is a 42 U.S.C. § 1983 case where Plaintiff is alleging sexual assault, excessive force, excessive solitary confinement, retaliation, mail interference and deliberate indifference to her medical needs. Plaintiff's counsel filed their appearance in this matter on February 4, 2025[1], and the Deputy Attorney General currently assigned file their notice of association of counsel on March 6, 2025.[2] Both counsels have only recently begun to gather and review relevant documents and evidence.

Discovery will require gathering and reviewing numerous institutional records as well as discovery regarding the Defendants' personal participation in the events alleged to have violated Plaintiff's constitutional rights, and third-party discovery directed at the Nevada Department of Corrections, the Inspector General's office, and percipient witnesses.

In addition, the parties will have to obtain and review Plaintiff's medical records, take the depositions of Plaintiff's treating physicians, and ascertain the scope of the type and necessity of Plaintiff's future medical care.

The parties will need sufficient time to obtain, review, and analyze these records, and to take the depositions of several witnesses, including plaintiff, defendants, and ultimately, the parties' expert witnesses.

The parties respectfully submit that this revised discovery plan is an efficient and realistic schedule for completing the significant amount of discovery contemplated in this case, that will allow for discovery to begin as of the date that the parties are proposing for the responsive pleading to be filed.

### IV. PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY

The parties jointly propose the following discovery plan, which allows approximately 120 days to complete discovery:

| Deadline: | Current Date: | Proposed Date: |
| --- | --- | --- |
| Discovery Cut-Off: | April 16, 2025 | **August 14, 2025** |
| Final date to file motions to amend pleadings or add parties (without a further court order): | March 17, 2025 (Expired) | **July 25, 2025** |
| Initial Expert Disclosure: | January 16, 2025 (Expired) | **May 16, 2025** |
| Rebuttal Expert Disclosure: | February 16, 2025 | **June 16, 2025** |

| Dispositive Motions: | May 16, 2025 | **September 15, 2025** |
|---|---|---|
| Joint Pre-Trial Order: | June 16, 2025 | **October 15, 2025** |

In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty days after the decision on the dispositive motions or by further order of the court. The parties anticipate that, pending any unforeseen circumstances outside the parties' control, the above extension of the current discovery deadlines should allow the parties to conduct and complete the outstanding discovery.

This first request for an extension of the current discovery deadlines is made by the parties in good faith and not for the purpose of delay.

DATED this 27th day of March 2025.                    DATED this 27th day of March 2025.

Respectfully submitted,                               Approved as to Form and Content Only,

**SGRO & ROGER**                                      **STATE OF NEVADA**
                                                      **OFFICE OF THE ATTORNEY**
                                                      **GENERAL**

*/s/ Elaine Odeh*                                     */s/ Jeffrey Whipple*
ELAINE ODEH, ESQ.                                     JEFFREY WHIPPLE, ESQ.
Nevada Bar No. 14099                                  Nevada Bar No. 16346
2901 El Camino Avenue, Suite 204                      1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89102                               Las Vegas, NV 89119
*Attorney for Plaintiff*                              *Attorney for Defendants*

***ORDER***

IT IS SO ORDERED that the parties' stipulation to extend discovery (EDF No. 38) is GRANTED.

_____
*UNITED STATES MAGISTRATE JUDGE*

*DATE:* 4/1/2025